# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

154442(135)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ALI BAZZI,
          Plaintiff-Appellant,

and

GENEX PHYSICAL THERAPY, INC. and
ELITE CHIROPRACTIC CENTER, PC,
          Intervening Plaintiffs-Appellants,

and

TRANSMEDIC, LLC,
          Intervening Plaintiff-Appellee,

v

SENTINEL INSURANCE COMPANY,
          Defendant/Third-Party
          Plaintiff-Appellee,

and

CITIZENS INSURANCE COMPANY,
          Defendant-Appellee,

and

HALA BAYDOUN BAZZI and
MARIAM BAZZI,
          Third-Party Defendants-Appellees.
_____/

SC: 154442
COA: 320518
Wayne CC: 13-000659-NF

      On order of the Chief Justice, the motion of attorney John A. Braden to file a brief amicus curiae is GRANTED. The amicus brief submitted on June 23, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      June 30, 2017                

                                        Clerk